**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                              415.522.2000

**August 3, 2007**

**CASE NUMBER:  CV 07-03260 EMC**
**CASE TITLE:  KENNETH SEAMAN-v-UNUM GROUP**

REASSIGNMENT ORDER

      GOOD CAUSE APPEARING THEREFOR,

      IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

      Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.

      ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/3/07

                                                        FOR THE EXECUTIVE COMMITTEE:

                                                        _____*Richard W. Wieking*_____
                                                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                            Entered in Computer 8/3/07AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                           Transferor CSA