# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Kenneth Seaman

              Plaintiff(s),

          v.

Unum Group and Unum Life Insurance
Company of America

              Defendant(s).

_____/

Case No.  C 07-03260 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/15/07

                               Ken Seaman
                               [Party]

Dated: 8/20/07

                               [Counsel]