**PROOF OF SERVICE**

Case:    Kenneth Seaman, et al. v. Unum Group, et al.
          Case No. C07-03260-EMC

STATE OF CALIFORNIA          )
                             ) SS
COUNTY OF ALAMEDA            )

      I have an office in the county aforesaid.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is 300 Lakeside Drive, Suite 1000, Oakland, California 94612.

      I declare that on the date hereof I served a copy of

**CASE MANAGEMENT CONFERENCE ORDER;**

**STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

by causing a true copy thereof to be mailed by depositing the same in a sealed envelope in the U.S. mail with postage prepaid and addressed to:

Kenneth D. Sulzer
Michael D. Gallion
Lorraine H. O'Hara
David Van Pelt
Eileen C. Zorc
Seyfarth Shaw LLP
2029 Century Park East, Suite 3300
Los Angeles, CA  90067

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed at Oakland, California on August 13, 2007.

_Jinny Kim_
_____
Printed Name

_____
Signature