David Borgen (SBN 99354)
dborgen@gdblegal.com
Jinny Kim (SBN 208953)
jkim@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
　　BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:  (510) 763-9800
Facsimile:  (510) 835-1417

Burton Boltuch (SBN 70211)
bboltuch@workplacelaw.biz
LAW OFFICES OF BURTON F. BOLTUCH
The 555 City Center Building
555 12th Street, Suite 1440
Oakland, CA  94607-4046
Telephone:  (510) 844-3415
Facsimile:  (510) 444-3401

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH SEAMAN, individually and on behalf of those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendants. | Case No.:  C07-03260-MMC<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE; ORDER THEREON** |

---
JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MANAGEMENT
CONFERENCE DATE - CASE NO.:  C07-03260-MMC

1  Plaintiff Kenneth Seaman ("Plaintiff") and Defendants Unum Group and Unum Life
2  Insurance Company of America ("Defendants") (collectively, "the parties") through their
3  undersigned attorneys, hereby stipulate and jointly apply and represent to the Court as follows:
4  WHEREAS, the case was transferred to The Honorable Maxine M. Chesney on August 3, 2007;
5  WHEREAS, on August 9, 2007, The Honorable Judge Chesney issued a Case Management
6  Conference Order which set a case management conference for September 28, 2007 at 10:30 a.m.;
7  WHEREAS, Plaintiff's counsel, David Borgen, is scheduled to be in Washington, D.C. on
8  September 28, 2007; and
9  WHEREAS, the parties are meeting to discuss settlement on September 6, 2007 and during
10 the week of October 22, 2007 and are hopeful that the matter can be resolved without the need for
11 protracted litigation.
12 THE PARTIES HEREBY STIPULATE that the case management conference date be
13 extended for an additional seven weeks to allow the parties to engage in settlement discussions.
14 IT IS SO STIPULATED.

Dated: August 21, 2007                          Respectfully submitted

/s/ Jinny Kim
David Borgen (SBN 99354)
dborgen@gdblegal.com
Jinny Kim (SBN 208953)
jkim@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
  DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:  (510) 763-9800
Facsimile:  (510)  835-1417

Burton Boltuch (SBN 70211)
bboltuch@workplacelaw.biz
LAW OFFICES OF BURTON F. BOLTUCH
The 555 City Center Building
555 12th Street, Suite 1440
Oakland, CA  94607-4046
Telephone:  (510) 844-3415
Facsimile:  (510) 444-3401

ATTORNEYS FOR PLAINTIFFS

Dated: August 21, 2007

/s/ Eileen C. Zorc
Kenneth D. Sulzer (SBN 120253)
ksulzer@seyfarth.com
Michael D. Gallion (SBN 189128)
mgallion@seyfarth.com
Lorraine H. O'Hara (SBN 170153)
lohara@seyfarth.com
David Van Pelt (SBN 163690)
dvanpelt@seyfarth.com
Eileen C. Zorc (SBN 233797)
ezorc@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3300
Los Angeles, CA 90067
Phone: (310) 277-7200
Facsimile: (310) 201-5219

ATTORNEYS FOR DEFENDANTS UNUM GROUP AND UNUM LIFE INSURANCE COMPANY OF AMERICA

**ORDER**

The Court, having reviewed the Stipulation herein, finds that good cause exists and hereby orders as follows:

1. The Case Management Conference shall be held on November 16, 2007 at 10:30 a.m.

2. The parties shall file a joint case management statement no later than November 9, 2007.

IT IS SO ORDERED.

DATED: August 23, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE