1  Kenneth D. Sulzer (SBN 120253) ksulzer@seyfarth.com
   Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
2  Lorraine H. O'Hara (SBN 170153) lohara@seyfarth.com
   David Van Pelt (SBN 163690) dvanpelt@seyfarth.com
3  Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
   SEYFARTH SHAW LLP
4  2029 Century Park East #3300
   Los Angeles, CA 90067-3063
5  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
6
   Attorneys for Defendants
7  UNUM GROUP and UNUM LIFE INSURANCE
   COMPANY OF AMERICA
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  KENNETH SEAMAN, individually and on   )  Case No. CV 07-03260 MMC
    behalf of those similarly situated,    )
13                                         )  COLLECTIVE ACTION
           Plaintiffs,                     )
14                                         )  **STIPULATION EXTENDING TIME TO**
       v.                                  )  **ANSWER**
15                                         )
    UNUM GROUP and UNUM LIFE               )
16  INSURANCE COMPANY OF AMERICA,          )
                                           )
17         Defendants.                     )
                                           )
18                                         )
                                           )
19  _____)

20

21

22

23      Plaintiff Kenneth Seaman ("Plaintiff") and Defendants Unum Group and Unum Life

24  Insurance Company of America ("Defendants") (collectively, "the parties"), through their

25  undersigned attorneys, hereby stipulate and jointly apply and represent to the Court as follows:

26      This Stipulation is made with reference to the following facts:

27      A.    Plaintiff filed this civil action against Defendants on June 21, 2007.

28
   ─────────────────────────────────────────────
              **STIPULATION EXTENDING TIME TO ANSWER**
                  **- CASE NO. CV 07-03260 MMC**
   LA1 6651626.1 / 24335-000023

1  B.  Plaintiff sent to Defendants a Notice of Lawsuit and Request for Waiver of Service of Summons, providing that Defendants had sixty days to answer the Complaint if they timely waived service of summons within thirty days of the date of the Notice, which was June 28, 2007.

C.  Defendants timely waived service of summons and, therefore, under Rule 4(d)(3) of the Federal Rules of Civil Procedure, Defendants' answer to the Complaint was due on August 27, 2007.

D.  Before Defendants had answered the Complaint, Plaintiff filed a First Amended Complaint on July 31, 2007. Under Rule 15(a) of the Federal Rules of Civil Procedure, the due date for Defendants' answer to the First Amended Complaint was August 27, 2007.

E.  The parties have agreed that Defendants' time to answer the First Amended Complaint should be extended until September 10, 2007.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1.  Defendants will file an Answer to the First Amended Complaint on or before September 10, 2007.

**IT IS SO STIPULATED.**

Dated: August 23, 2007

/s/
Kenneth D. Sulzer (SBN 120253)
Michael D. Gallion (SBN 189128)
Lorraine H. O'Hara (SBN 170153)
David Van Pelt (SBN 163690)
Eileen C. Zorc (SBN 233797)
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3300
Los Angeles, CA 90067
Phone: (213) 683-6000

ATTORNEYS FOR DEFENDANTS UNUM GROUP AND UNUM LIFE INSURANCE COMPANY OF AMERICA

Dated: August 23, 2007                Respectfully submitted,

                                      _____
                                      Burton Boltuch (SBN 70211)
                                      LAW OFFICES OF BURTON F. BOLTUCH
                                      The 555 City Center Building
                                      555 12th Street, Suite 1440
                                      Oakland, CA 94607-4046
                                      Telephone: (510) 844-3415
                                      Facsimile: (510) 444-3401

                                      David Borgen (SBN 99354)
                                      Jinny Kim (SBN 208953)
                                      GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
                                      300 Lakeside Drive, Suite 1000
                                      Oakland, CA 94612
                                      Telephone: (510) 763-9800
                                      Facsimile: (510) 835-1417

                                      ATTORNEYS FOR PLAINTIFFS

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On August 24, 2007, I served the within documents:

**STIPULATION EXTENDING TIME TO ANSWER - CASE NO. CV 07-03260 MMC**

☐ I sent such document from facsimile machine (310) 201-5219 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Burton Boltuch (SBN 70211)
Law Offices of Burton F. Boltuch
The 555 City Center Bldg.
555 12th St., Suite 1440
Oakland CA  94607
Tel: 510.844.3415
Fax: 510.444.3401

David A. Borgen (SBN 99354)
Jinny Kim (SBN 208953)
Goldstein, Demchak, Baller, Borgen & Dardarian
300 Lakeside Drive, Suite 1000
Oakland CA  94612
Tel: 510.763.9800
Fax: 510.835.1417

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on August 24, 2007, at Los Angeles, California.

_____
Maritza Estrada

LA1 6651626.1 / 24335-000023