1  Kenneth D. Sulzer (SBN 120253) ksulzer@seyfarth.com
   Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
2  Lorraine H. O'Hara (SBN 170153) lohara@seyfarth.com
   David Van Pelt (SBN 163690) dvanpelt@seyfarth.com
3  Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
   SEYFARTH SHAW LLP
4  2029 Century Park East #3300
   Los Angeles, CA 90067-3063
5  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
6
   Attorneys for Defendants
7  UNUM GROUP and UNUM LIFE INSURANCE
   COMPANY OF AMERICA
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  KENNETH SEAMAN, individually and           )  Case No. CV 07-03260 MMC
    on behalf of those similarly situated,     )
13                                             )  COLLECTIVE ACTION
                 Plaintiffs,                   )
14                                             )  CERTIFICATION OF
         v.                                    )  INTERESTED ENTITIES OR
15                                             )  PERSONS
    UNUM GROUP and UNUM LIFE                   )
16  INSURANCE COMPANY OF                       )  [Local Rule 3-16]
    AMERICA,                                   )
17                                             )
                 Defendants.                   )
18                                             )
                                               )
19

20

21

22

23

24

25       TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

26  DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF

27  RECORD:

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
LA1 6653810.1 / 24335-000023

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this
2  date, other than the named parti`es (Plaintiff Kenneth Seaman and Defendants
3  Unum Group and Unum Life Insurance Company of America), there is no such
4  interest to report.

5

6  DATED: September 10, 2007        SEYFARTH SHAW LLP

7
8                                   By    /s/ Eileen C. Zorc
                                    Attorneys For Defendants
                                    UNUM GROUP and UNUM LIFE
9                                   INSURANCE COMPANY OF AMERICA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
LA1 6653810.1 / 24335-000023

## PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     )  ss
COUNTY OF LOS ANGELES )

    I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On September 10, 2007, I served the within documents: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☐    I sent such document from facsimile machine (310) 201-5219 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐    by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

| | |
|---|---|
| Burton Boltuch (SBN 70211)<br>Law Offices of Burton F. Boltuch<br>The 555 City Center Bldg.<br>555 12th St., Suite 1440<br>Oakland CA 94607<br>Tel: 510.844.3415<br>Fax: 510.444.3401 | David A. Borgen (SBN 99354)<br>Jinny Kim (SBN 208953)<br>Goldstein, Demchak, Baller, Borgen & Dardarian<br>300 Lakeside Drive, Suite 1000<br>Oakland CA 94612<br>Tel: 510.763.9800<br>Fax: 510.835.1417 |

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on September 10, 2007, at Los Angeles, California.

                                      /s/ Maritza Estrada

LA1 6653810.1 / 24335-000023