Michael L. Gallion - State Bar 189128
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3300
Los Angeles, CA 90067
Tel: 310-277-7200
Fax: 310-252-5109

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kenneth Seaman

      Plaintiff(s),

v.

Unum Group and Unum Life Insurance Company of America

      Defendant(s).

Case No. C07-03260 MMC

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/4/07

Dated: 9/5/07

[signature]
[Party]
Unum Corp - AVP + Sr Counsel

[signature]
[Counsel]
Michael L. Gallion

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On September 17, 2007, I served the within documents:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

☐ I sent such document from facsimile machine (310) 201-5219 on _____ 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Burton Boltuch
Law Offices of Burton F. Boltuch
The 555 City Center Bldg.
555 12th St., Suite 1440
Oakland CA  94607
Tel: 510.844.3415
Fax: 510.444.3401

David A. Borgen
Jinny Kim
Goldstein, Demchak, Baller, Borgen & Dardarian
300 Lakeside Drive, Suite 1000
Oakland CA  94612
Tel: 510.763.9800
Fax: 510.835.1417

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on September 17, 2007, at Los Angeles, California.

_____
Maritza Estrada

LA1 6646353.1