United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  KENNETH SEAMAN,                    No. C-07-3260 MMC

12              Plaintiff,             **ORDER DIRECTING DEFENDANTS TO
                                       LODGE CHAMBERS COPIES IN
13      v.                             COMPLIANCE WITH GENERAL
                                       ORDER 45 AND THE COURT'S
14  UNUM GROUP, et al.,                STANDING ORDERS**

15              Defendants
    _____/

16

17          On September 10, 2007, defendants electronically filed "Defendants' Answer to

18  Plaintiff's First Amended Complaint" and a "Certification of Interested Entities or Persons."

19  Defendants have violated General Order 45 and the Court's Standing Orders, however, by

20  failing to deliver to the Clerk's Office "no later than noon on the business day following the

21  day that the papers are filed electronically, one paper copy of each document that is filed

22  electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name,

23  case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also

24  Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

25          Defendants are hereby ORDERED to comply with General Order 45 and the Court's

26  Standing Orders by immediately submitting a chambers copy of the above-referenced

27  documents.  Defendants are hereby advised that if they fail in the future to comply with the

28  Court's Standing Order to provide chambers copies of electronically-filed documents, the

1   Court may impose sanctions, including, but not limited to, striking from the record any

2   electronically-filed document of which a chambers copy has not been timely provided to the

3   Court.

4        **IT IS SO ORDERED.**

5

6   Dated: October 3, 2007

7                                                          MAXINE M. CHESNEY
                                                           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28