1 David Borgen (SBN 99354)
2 Jinny Kim (SBN 208953)
GOLDSTEIN, DEMCHAK, BALLER,
3    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
4 Oakland, CA 94612
Telephone: (510) 763-9800
5 Facsimile: (510) 835-1417

6 Burton Boltuch (SBN 70211)
7 LAW OFFICES OF BURTON F. BOLTUCH
The 555 City Center Building
8 555 12th Street, Suite 1440
Oakland, CA 94607-4046
9 Telephone: (510) 844-3415
Facsimile: (510) 444-3401
10
11 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH SEAMAN, individually and on behalf of those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendants. | Case No.: C07-03260-MMC<br><br>**COLLECTIVE ACTION**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-16] |

　　　TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

///

///

///

///

11026-1

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - CASE NO.: C07-03260-MMC

1    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the
2 named parties (Plaintiff Kenneth Seaman and Defendants Unum Group and Unum Life Insurance
3 Company of America), there is no such interest to report.

4 Dated:  November 5, 2007                    Respectfully submitted,

                                              /s/      Jinny Kim
                                             David Borgen (SBN 99354)
                                             Jinny Kim (SBN 208953)
                                             GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                                 DARDARIAN
                                             300 Lakeside Drive, Suite 1000
                                             Oakland, CA  94612
                                             Telephone:  (510) 763-9800
                                             Facsimile:  (510)  835-1417

                                             Burton Boltuch (SBN 70211)
                                             LAW OFFICES OF BURTON F. BOLTUCH
                                             The 555 City Center Building
                                             555 12th Street, Suite 1440
                                             Oakland, CA  94607-4046
                                             Telephone:  (510) 844-3415
                                             Facsimile:  (510) 444-3401

                                             ATTORNEYS FOR PLAINTIFFS