Burton Boltuch (SBN 70211) bboltuch@workplacelaw.biz
LAW OFFICES OF BURTON F. BOLTUCH
The 555 City Center Building
555 12th Street, Suite 1440
Oakland, CA 94607-4046
Telephone: (510) 844-3415
Facsimile: (510) 444-3401

David Borgen (SBN 99354) borgen@gdblegal.com
Jinny Kim (SBN 208953) jkim@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Attorneys for Plaintiffs

Kenneth D. Sulzer (SBN 120253) ksulzer@seyfarth.com
Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
Lorraine H. O'Hara (SBN 170153) lohara@seyfarth.com
Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East #3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
UNUM GROUP and UNUM LIFE INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KENNETH SEAMAN, individually and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | Case No.: C07-03260-MMC<br><br>**COLLECTIVE ACTION**<br><br>**JOINT 26(f) REPORT OF PARTIES' PLANNING MEETING** |

11486-2

JOINT 26(f) REPORT OF PARTIES' PLANNING MEETING - CASE NO.: C07-03260-MMC

LA1 6664609.1

# JOINT 26(F) REPORT OF PARTIES' PLANNING MEETING

## I.      DISCLOSURES

Plaintiff served his initial disclosures on October 9, 2007. Defendants plan to serve their initial disclosures by November 16, 2007.

## II.     DISCOVERY

### A.    Discovery Subjects

The parties anticipate that discovery will be needed on the job duties of field representatives, the hours worked by field representatives, the decision to classify field representatives as exempt from overtime; the timekeeping mechanism for field representatives and the merger and acquisition of Paul Revere, Provident Companies, Inc., Unum Provident and Unum Group; the amount of vacation owed to Plaintiff; and whether meal and rest periods were provided to Plaintiff; and whether plaintiff worked overtime and, if so, how much overtime. The parties propose that the discovery cut-off be set for 60 days before trial. Plaintiff does not wish that discovery be conducted in phases nor that discovery be limited to or focused on particular issues. Plaintiff requests that discovery commence forthwith on all issues, including Mr. Seaman's individual claims. Defendants request that discovery be limited primarily to plaintiff's individual claims and whether a collective action is appropriate until the court rules on any motion for conditional certification.

### B.    Electronic Discovery

Undersigned counsel are in the process of discussing the disclosure and preservation of electronically stored information, but until counsel learn more about what kinds of electronically stored information exists, cannot conduct meaningful discussions regarding the scope of such information or attempt to discuss and agree upon the form in which such data shall be produced, search terms to be applied in connection with the retrieval and production of such information, the location and format of electronically stored information, appropriate steps to preserve electronically stored information, and the allocation of costs of assembling and producing such information.

### C.    Privilege/Protection Issues

Undersigned counsel will work cooperatively to minimize the risk of waiver of privilege or work-product protection.

D. **Discovery Limitations**

The parties propose no changes to the limitations of discovery imposed under the Federal Rules of Civil Procedure or the Local Rules of the United States District Court for the Northern District of California. The parties propose no other limitations on discovery.

Dated: November 8, 2007                    Respectfully submitted,

                                      /s/   Jinny Kim
David Borgen (SBN 99354)
borgen@gdblegal.com
Jinny Kim (SBN 208953)
jkim@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Burton Boltuch (SBN 70211)
bboltuch@workplacelaw.biz
LAW OFFICES OF BURTON F. BOLTUCH
The 555 City Center Building
555 12th Street, Suite 1440
Oakland, CA 94607-4046
Telephone: (510) 844-3415
Facsimile: (510) 444-3401

ATTORNEYS FOR PLAINTIFFS

Dated: November 9, 2007

Kenneth D. Sulzer (SBN 120253)
ksulzer@seyfarth.com
Michael D. Gallion (SBN 189128)
mgallion@seyfarth.com
Lorraine H. O'Hara (SBN 170153)
lohara@seyfarth.com
David Van Pelt (SBN 163690)
dvanpelt@seyfarth.com
Eileen C. Zorc (SBN 233797)
ezorc@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3300
Los Angeles, CA 90067
Phone: (310) 277-7200
Facsimile: (310) 201-5219

ATTORNEYS FOR DEFENDANTS UNUM GROUP AND UNUM LIFE INSURANCE COMPANY OF AMERICA

11486-1

2

JOINT 26(f) REPORT OF PARTIES' PLANNING MEETING - CASE NO.: C07-03260-MMC

LA1 6664695.1