**CIVIL MINUTES**                                    E-filing

**Judge MAXINE M. CHESNEY**

Date: NOV 16 2007

C-07-3260-MMC

Kenneth Seaman     v   UNUM Group et al

Attorneys:  David Borgen         Michael Gallion
            Burton Boltuch       Lorraine O'Hara

Deputy Clerk: **TRACY LUCERO**      Reporter: NOT REPORTED

**PROCEEDINGS:**                                      **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

                                          INITIAL
( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Joint Statement due by 3/7/08.

_____

( ) ORDER TO BE PREPARED BY:  Plntf____ Deft____ Court____

( ) Referred to Magistrate For:_____
       ( ) By Court
(✓) CASE CONTINUED TO 3/14/08 @ 10:30  for Continued Case Management Conference

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for ___ days
                   Type of Trial: ( )Jury  ( )Court
Notes:_____