**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

E-Filing

Date: MAR 14 2008

C-07-3260-MMC

Kenneth Seaman  v  UNUM Group et al

Attorneys: David Borgen       Michael Gallion
           Burton Boltuch

Deputy Clerk: **TRACY LUCERO**      Reporter: NOT REPORTED

**PROCEEDINGS:**                     **RULING:**

1. _____  _____

2. _____  _____

3. _____  _____

4. _____  _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — Continued

**ORDERED AFTER HEARING:**

Joint motion for approval of settlement to be filed by 3/28/08

( ) ORDER TO BE PREPARED BY:  Plntf_____  Deft_____  Court_____

( ) Referred to Magistrate For: _____
      ( ) By Court
(✓) CASE CONTINUED TO 4/11/08 @ 9:00 for Joint motion for approval of settlement.

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date_____  Trial Date_____  Set for _____ days
                 Type of Trial: ( ) Jury  ( ) Court
Notes: _____

(20 min)