1  Kenneth D. Sulzer (SBN 120253) ksulzer@seyfarth.com
   Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
2  Lorraine H. O'Hara (SBN 170153) lohara@seyfarth.com
   Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
3  SEYFARTH SHAW LLP
   2029 Century Park East #3300
4  Los Angeles, CA 90067-3063
   Telephone: (310) 277-7200
5  Facsimile:  (310) 201-5219

6  Attorneys for Defendants
   UNUM GROUP and UNUM LIFE INSURANCE
7  COMPANY OF AMERICA

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

| | | |
|---|---|---|
| 12 | KENNETH SEAMAN, individually and on behalf of those similarly situated, | ) ) ) | Case No. CV 07-03260 MMC |
| 13 | Plaintiffs, | ) ) ) | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT** |
| 14 | v. | ) ) ) | |
| 15 | UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | [Local Rules 7-11, 7-95] |
| 16 | Defendants. | ) ) | Date:  None<br>Time: None |
| 17 | | ) ) | Judge:  The Honorable Maxine Chesney |
| 18 | | ) ) | |

28  [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO
    FILE UNDER SEAL THE PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT  –
    CV 07-03260 MMC

LA1 6686697.1 / 24335-000023

1    The Court has considered Defendants Unum Group and Unum Life Insurance Company
2  of America's Administrative Motion to File Under Seal the Parties' Confidential Settlement
3  Agreement ("Motion") and supporting declaration, filed under Civil Local Rule 7-11 and 79-5.
4    Good cause appearing therefore, IT IS HEREBY ORDERED that Defendants' Motion is
5  GRANTED.  The Parties' Confidential Settlement Agreement and Release shall be filed and
6  maintained under seal pursuant to Civil Local Rule 79-5.  It is further ORDERED that only the
7  Court, the parties to this case, and their respective attorneys are authorized to inspect the sealed
8  Confidential Settlement Agreement and Release.
9    IT IS SO ORDERED.

11  Dated:_____          _____
12                                                                        Honorable Maxine Chesney
                                                                                 United States District Court Judge

-2-
[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO
FILE UNDER SEAL THE PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT –
CV 07-03260 MMC

LA1 6686697.1 / 24335-000023