Kenneth D. Sulzer (SBN 120253) ksulzer@seyfarth.com
Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
Lorraine H. O'Hara (SBN 170153) lohara@seyfarth.com
Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East #3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendants
UNUM GROUP and UNUM LIFE INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH SEAMAN, individually and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | Case No. CV 07-03260 MMC<br><br>**DECLARATION OF MICHAEL GALLION IN SUPPORT OF  JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF LAWSUIT**<br><br>Date: April 11, 2008<br>Time: 9:00 a.m. |

I, Michael Gallion, declare:

1.  I am a partner at Seyfarth Shaw LLP, attorneys for Defendants Unum Group and Unum Life Insurance Company of America in the above-captioned action.  I make these statements based on personal knowledge and would so testify if called as a witness at trial.

2.  This Declaration is submitted in support of the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit.

---

DECLARATION OF MICHAEL GALLION IN SUPPORT OF
JOINT MOTION FOR APPROVAL OF SETTLEMENT
AGREEMENT AND DISMISSAL OF LAWSUIT – CV 07-03260 MMC

LA1 6686685.1 / 24335-000023

1   3.   The Parties have completed substantial discovery in the matter, including initial
2   disclosures, extensive informal discovery and formal written discovery and production of
3   documents.
4   4.   Defendants produced to Plaintiff declarations obtained from a majority of putative
5   class members, whose statements set forth facts largely inconsistent with collective treatment.
6   Many declarants indicated directly that they did not want to be part of the class.
7   5.   Since the Complaint was filed, no additional individuals have filed consents to
8   join the lawsuit.

10   I declare, under penalty of perjury, under the laws of the State of California and the
11   United States that the foregoing is true and correct.  Executed this 28th day of March, 2008 at
12   Los Angeles, California.

13                                               /s Michael L. Gallion
14                                            Michael L. Gallion (SBN 189128)