David Borgen (SBN 99354) dborgen@gdblegal.com
Jinny Kim (SBN 208953) jkim@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Burton Boltuch (SBN 70211) bboltuch@workplacelaw.biz
LAW OFFICES OF BURTON F. BOLTUCH
The 555 City Center Building
555 12th Street, Suite 1440
Oakland, CA 94607-4046
Telephone: (510) 844-3415
Facsimile: (510) 444-3401

Attorneys for Plaintiff
KENNETH SEAMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH SEAMAN, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Case No. CV 07-03260 MMC<br><br>**DECLARATION OF DAVID BORGEN IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF LAWSUIT**<br><br>Date: April 11, 2008<br>Time: 9:00 a.m. |

I, David Borgen, declare:

1.  I am a partner at Goldstein, Demchak, Baller, Borgen & Dardarian ("GDBBD"), attorneys for Plaintiff Kenneth Seaman ("Plaintiff") in the above-captioned action and have served as co-counsel with Burton Boltuch of the Law Offices of Burton F. Boltuch. I make these statements based on personal knowledge and would so testify if called as a witness at trial. This

1  Declaration is submitted in support of the parties' Joint Motion for Approval of Settlement
2  Agreement and Dismissal of Lawsuit.
3       3.    I received a Bachelor of Arts degree from Rutgers University, graduating with
4  highest honors. I received a Master of Arts degree from the University of Iowa. I graduated
5  from University of California – Hastings College of Law in 1981 (Order of the Coif). I am
6  licensed to practice law before all courts of the State of California, as well as in numerous federal
7  district courts, and the Third, Ninth, and Eleventh Circuits of the United States Court of Appeals.
8       4.    Attached hereto as Exhibit 1 is a true and correct copy of my resume which
9  accurately summarizes my professional experience. I have practiced labor and employment law
10 on behalf of workers since 1981, first as union counsel and since 1990 with Goldstein, Demchak,
11 Baller, Borgen & Dardarian, formerly Saperstein, Goldstein, Demchak & Baller. Since 1990, I
12 have been engaged entirely in the litigation of employment class actions. I have extensive
13 experience in the prosecution and resolution of employment class actions, including wage and
14 hour litigation similar to the current action. I have worked on some of the nation's largest and
15 most successful employment class actions, including <u>Kraszewski v. State Farm</u>, 38 FEP Cases
16 197 (N.D. Cal.) (ultimately settled for $250 million) and <u>Butler v. Home Depot</u>, 70 FEP Cases
17 51 (N.D. Cal.) ($87.5 million settlement). I have devoted the past nine (9) years to wage and
18 hour class and collective action litigation, including <u>Mousai v. E-Loan, Inc.</u>, No. C-06-01993-SI
19 (N.D. Cal.) (class settlement counsel for class of loan officers under FLSA and state law; final
20 approval granted on May 30, 2007 for $13.6 million class settlement of overtime claims); <u>Zheng
21 v. Siebel Systems, Inc.</u>, No. CIV 435601 (Superior Court, San Mateo County) (Co-counsel for
22 class of software engineers; final approval granted on April 27, 2007, for $27.5 million class
23 settlement of overtime claims); <u>Pearman v. California State Automobile Association (CSAA)</u>,
24 No. R05227458 (Superior Court, Alameda County) (co-lead counsel for multistate class and
25 collective action for overtime pay for insurance sales agents; final approval granted on January
26 24, 2006, for $11,230,000 settlement); <u>Bullock v. Automobile Club of Southern California</u>, No.
27 SACV01-731GLT, 2002 WL 432003 (C.D. Cal.) (lead counsel in FLSA collective action

certified for over 500 opt-in Sales Agent plaintiffs and settled in conjunction with Rule 23 class for a total of 1,300 claims in the amount of $19.5 million; final approval granted December 6, 2004); and numerous other state class actions in which millions of dollars of back overtime pay were recovered.

5.      GDBBD also regularly submits amicus briefs to appellate courts addressing developing areas of wage and hour law. Such submissions, which I have drafted and/or organized, have included briefs to the California Supreme Court in Sav-on Drug Stores, Inc. v. Super. Ct., 34 Cal. 4th 319 (2004), addressing class certification of an overtime "misclassification" case, and Morillion v. Royal Packing Co., 22 Cal. 4th 575 (2000), involving definition of compensable "hours worked" under California Labor Code. See also, my amicus briefs in Earley v. Superior Court, 79 Cal. App. 4th 1420 (2000), addressing California's one-way fee shifting statute for overtime wage claims; Sepulveda v. Wal-Mart Stores, No. 2:04-cv-01003-DSF-E (pending before the Ninth Circuit, challenging denial of class certification of state law overtime claims); IBP, Inc. v. Alvarez, 126 S.Ct. 514 (2005) (successful SCOTUS Amicus re pre-shift compensable time issues under FLSA and Portal to Portal Act).

6.      In addition to being an active litigator, I have long been involved in many educational and legal groups. I am co-chair of the American Bar Association Labor & Employment Law Section (ABA) Federal Labor Standards Legislation Committee and an editor of both the ABA/BNA Fair Labor Standards Act treatise annual supplement and the ABA/BNA treatise on state wage and hour laws. I am a frequent speaker on wage/hour issues at professional meetings and MCLE events, including those held by the National Employment Lawyers Association, the California Employment Lawyers Association, the American Bar Association, the State Bar of California, the Colorado Bar Association, the Minnesota State Bar Association, and the Practicing Law Institute, to name a few. On June 4, 2004, I was elected to the College of Labor and Employment Lawyers, a national honorary society of employment lawyers.

1. 7. Prior to the filing of Plaintiff's lawsuit, and continuing during its pendency, Plaintiff's counsel undertook a diligent investigation of the allegations underlying the lawsuit. Plaintiff's counsel reviewed Plaintiff's substantial documentation regarding his employment by Unum Group. Plaintiff's counsel also obtained contact information for putative class members, including both former and current employees, and attempted to discuss the lawsuit with them. Both current and former employees who are putative class members expressed virtually no interest in challenging their status as salaried exempt employees, or in cooperating with Plaintiff in the prosecution of the case. Absent such cooperation, a successful outcome for the putative class as a whole is (in my experience) highly unlikely. Since the Complaint was filed, no additional individuals have filed consents to join the lawsuit. Therefore, a decision was made to proceed solely with Plaintiff's individual claims.

2. 8. The Parties engaged in initial disclosures, informal discovery, and formal written discovery. The Parties also participated in a series of meetings and teleconferences in an effort to resolve the dispute, engaging in extensive discussions of the facts and legal issues, both in terms of the collective issues that were initially addressed by the parties, and also with respect to Plaintiffs' individual claims for failure to pay for vested vacation and other earned compensation.

3. 9. Following extensive negotiation and investigation of Plaintiff's claims, and after discussing the matter fully with Plaintiff and with his full awareness of his rights, Plaintiff and his counsel agreed to dismiss the matter with prejudice in exchange for the consideration set forth in the Settlement Agreement, filed separately under Local Rule 79-5. I believe that the terms of the settlement are fair and reasonable, given the risks and costs of litigation, the defenses asserted by Defendants, and the likelihood of proving damages on the part of Plaintiff.

I declare, under penalty of perjury, under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 28th day of March, 2008 at Tucson, Arizona. ~~Oakland, California.~~

David Borgen (SBN 99354)

---
DECLARATION OF DAVID BORGEN IN SUPPORT OF JOINT MOTION FOR
APPROVAL OF SETTLEMENT AGREEMENT – CV 07-03260 MMC

LA1 6686647.1 / 24335-000023

# Exhibit 1

**DAVID BORGEN**
**GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN**
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417
borgen@gdblegal.com
www.gdblegal.com

David Borgen is a partner with Goldstein, Demchak, Baller, Borgen & Dardarian, a twelve attorney law firm located in Oakland, California, which represents plaintiffs and employees in complex and class action litigation, including employment discrimination, wage and hour, environmental, consumer and other public interest class actions and attorneys' fees litigation. The law firm, formerly Saperstein, Goldstein, Demchak & Baller, was founded in 1972 and has a national practice. Goldstein, Demchak has litigated class action lawsuits in Texas, New York, Florida, Georgia, Missouri, Washington, Michigan, Maryland, and Minnesota, as well as California, including the class action on behalf of women who were denied or deterred from positions as State Farm insurance sales agents, Kraszewski v. State Farm General Ins. Co., 30 FEP 197 (N.D.Cal. 1985), and the retail store gender discrimination class action, Butler, et al. v. Home Depot, Inc., 70 FEP 51 (N.D.Cal. 1996) (class action on behalf of women employees in and applicants to Home Depot Stores in its Western Division). He was lead counsel in Harrison v. Enterprise Rent-A-Car, 1998 WL 422169 (M.D. Fla. 1998) (certified as a nationwide FLSA collective action) and numerous state wage and hour class actions brought under California law. He is a Fellow of the College of Labor and Employment Lawyers, a national honorary society. He is the Associate Editor of the Cumulative Supplement to the BNA Fair Labor Standards Act treatise and Co-Chair of the ABA's Federal Labor Standards Legislation Committee. He is also a Senior Editor of the BNA treatise Wage and Hour Laws: A State by State Survey (2005). He is a graduate of University of California – Hastings College of the Law (1981) (Order of the Coif). Prior to joining the Goldstein firm, he was counsel for the Communications Workers of American, AFL-CIO.

**BAR MEMBERSHIP**

State Bar of California (Since December 1981)
United States District Courts for Northern, Southern, Central, and Eastern Districts of California
United States Court of Appeal for the Third, Ninth, and Eleventh Circuits

**LITIGATION EXPERIENCE**
(partial listing)

Dent v. Cox Communications Las Vegas, Inc., _F.3d_, 2007 WL 2580754, 12 WH Cases 2d 1537 (9th Cir., Sept. 10, 2007) (Lead appellate counsel; obtained reversal of district court dismissal of FLSA overtime claims due to inadequate DOL WH-58 Release form).

Mousai v. E-Loan, Inc., No. C-06-1993-SI (N.D. Cal.) (Plaintiff Class Settlement Counsel for class of mortgage loan officers seeking overtime; final approval of $13.6 million settlement granted May 30, 2007).

Lipnick et al. v. Sprint/United Management Company, No. CIV 463110 (San Mateo County Superior Court) (Co-Counsel for putative Class of call center employees seeking back pay under the FLSA and state law, filed May 21, 2007).

Vasquez v. Bank of America, No. 1168845 (Superior Court, Santa Barbara County) (Co-Lead Counsel for statewide class of Liability Risk Analysts seeking overtime pay; final approval granted on February 1, 2007, as to $2,500,000 class settlement).

Rosenberg v. IBM, No. 06-00430 PJH (N.D. Cal.) (Co-Counsel for putative nationwide FLSA and multi-state class of technical services workers), filed January 24, 2006; final approval of nationwide $65 million settlement granted July 11, 2007).

Chou v. Starbucks Corp., No. GIC 836925 (Superior Court, San Diego County) (Co-Lead Class Counsel for certified class action on behalf of baristas challenging unlawful tip pool in California stores).

Rankin v. Longs Drug Stores, No. GIC 837068 (Superior Court, San Diego County) (Lead Class Counsel for certified class of applicants for employment in California stores seeking statutory penalties for unlawful inquiry into misdemeanor marijuana convictions more than two years old).

Scherer v. Combined Insurance Company of America, No. 3:06CV2058 (MRK) (D. Conn.) (Co-Lead Counsel for proposed class of insurance district managers challenging unauthorized payroll deductions, filed December 4, 2006).

Levy v. Verizon Information Services, Inc., 2007 WL 1747104 (E.D.N.Y.) (Co-Counsel for multi-state collective action for "yellow book" sales personnel), collective action notice approved, June 11, 2007.

Pearman v. California State Automobile Association (CSAA), No. R05227458 (Superior Court, Alameda County) (Co-lead counsel for multistate class and collective action for overtime pay for insurance sales agents; final approval granted on January 24, 2006, for $11,230,000 settlement).

Grazier v. Walgreens Co., No. RG05-0228473 (Superior Court, Alameda County) (Co-lead counsel for "MGT Assistant Managers" seeking relief for missed meal periods under state law; final approval granted on November 14, 2005, for $3,800,000 class settlement).

Nitzberg v. Citicorp, No. 604423-06 (Supreme Court, New York) (Co-Counsel for putative class of investment brokers seeking overtime pay).

Zheng v. Siebel Systems, Inc., No. CIV 435601 (Superior Court, San Mateo County) (Counsel with Dickson-Ross LLP for software engineers; final approval granted on April 27, 2007, for $27.5 million class settlement of overtime claims).

Dunwiddie, et al. v. Central Locating Services, No. 5:04-CV-315-OC-106 (M.D. Fla.) (Co-counsel in certified nation-wide collective action under FLSA and in related actions in New York and Washington; global settlement in excess of $8 million in 2006).

Bullock v. Automobile Club of Southern California, No. SACV01-731GLT, 2002 WL 432003 (C.D. Cal.) (Lead counsel in FLSA collective action certified for over 500 opt-in Sales Agent plaintiffs and settled in conjunction with Rule 23 class for a total of 1,300 claims in the amount of $19.5 million; final approval granted December 6, 2004).

Angione v. PSS World Medical, Inc., No. 3:02-CV-854-J-25TJC (M.D. Fla.) (Co-lead counsel; nationwide FLSA collective action notice ordered February 21, 2003; final approval of $3 million settlement ordered on November 5, 2004).

Resume of David Borgen                                                                                                 Page 3

Ramirez v. Labor Ready, Inc., No. 836186-2, 2002 WL 1997037 (Superior Court, Alameda County) (Lead counsel for class of 300,000 temporary day laborers seeking unpaid wages and reimbursement of expenses; certified on July 12, 2002; final approval of $1.9 million class settlement granted on August 2, 2004).

Cowan v. GEICO, No. GIC 810166 (Superior Court, San Diego County) (Co-lead counsel for proposed class of over 3,000 telephone center workers seeking overtime pay; filed May 5, 2003; final approval of $3.3 million settlement granted on July 9, 2004).

Marroquin v. Bed Bath & Beyond of California, No. RG04145918 (Superior Court, Alameda County) (Lead counsel for statewide class of salaried department managers; final approval of $2,980,000 settlement granted on June 22, 2004).

Mitchell v. Metropolitan Life Ins. Co., No. 01-CIV-2112 (WHP) (S.D.N.Y.) (Co-lead counsel for nationwide class of 3,600 female insurance sales agents and managers; final approval of $13.4 million class settlement granted on November 6, 2003).

Miskell v. Automobile Club of Southern California, No. 01CC09035 (Superior Court, Orange County) (Co-lead counsel in class action stating overtime claims for insurance claims adjusters; final approval granted in May 2003 for $2.5 million settlement).

Thomas v. CSAA, No. CH217752-0 (Superior Court, Alameda County) (Class counsel for class of 1200 insurance claims adjusters; final approval of $8 million settlement for overtime claims, granted in May 2002).

Weddle v. Frito-Lay, Inc., No. C 99-05272 PJH (N.D. Cal.) (Co-lead counsel in litigation seeking class relief statewide for overtime claims; final approval of $11.9 million class settlement granted February 2001).

D'Imperio v. Nation's Foodservice, Inc., No. C-00309 PJH (N.D. Cal.) (Lead counsel in overtime class action for 90 restaurant managers; final approval granted in 2001 to $950,000 settlement).

Davis v. The Money Store, No. 99A501716 (Superior Court, Sacramento) (Lead counsel in litigation seeking class relief statewide for overtime claims; $6 million class settlement approved December 2000).

Otero v. Rent-A-Center, No. BC 217038 (Superior Court, Los Angeles) (Lead counsel in litigation seeking class relief statewide for overtime claims resulting in $3 million settlement in 2000).

Babbitt v. Alberson's, Inc., No. C-92-1883-SBA (N.D. Cal.) (Statewide Title VII class action resulting in injunctive relief and $29 million monetary settlement).

Butler v. Home Depot, 70 FEP Cases 51 (N.D. Cal.) (Gender discrimination class action that resulted in monetary relief of $87 million and injunctive relief covering the western region of Home Depot).

Byrd v. Sprint Corp., No. CV 92-18979 (Sup. Ct. Missouri) (Common law tort and contract class action on behalf of persons who sold long-distance service that resulted in a recovery of $62.5 million).

DeSoto v. Sears Roebuck & Co., No. RG 03096692 (Superior Court, Alameda County) (Co-lead counsel for statewide class of 2,700 home repair technicians certified on September 21, 2004).

Elmer v. Enterprise Rent-A-Car, No. C-98-01571 VRW (N.D. Cal.) (Lead counsel in statewide class action overtime compensation case; the two Enterprise cases resulted in $6 million in monetary relief).

Hogan v. Allstate Ins. Co., 210 F. Supp. 2d 1312 (M.D. Fla.) (Lead counsel in FLSA action; nationwide collective action notice ordered to 8,500 sales agents in May 2001).

Harrison v. Enterprise Rent-A-Car, 1998WL 422169 (M.D. Fla. 1998) (Lead counsel in nationwide collective action under Fair Labor Standards Act).

Herring v. SaveMart, No. C-90-3571 BAC (N.D. Cal.) (Title VII class resulting in injunctive relief and $6.3 million monetary settlement).

Kraszewski v. State Farm General Ins. Co., 38 FEP Cases 197 (N.D. Cal.) (Statewide Title VII class action sex discrimination case resulting in $250 million settlement).

## CONFERENCE PRESENTATIONS AND PUBLICATIONS

American Bar Association, Section of Labor and Employment Law and ABA Center for CLE Teleconference, "Fair Labor Standards Act Hot Topics," (February 6, 2008), live audiocast.

Colorado Bar Association, National CLE Conference, Vail, Colorado (January 6, 2008), "Major Areas of Liability in Wage and Hour Law."

American Bar Association, Labor and Employment Law Section, Annual CLE Conference, Moderator, "Litigating Wage and Hour Class Cases from A to Z," Philadelphia, PA (November 8, 2007).

National Employment Lawyers Association, Representing Workers in Individual and Collective Actions Under the FLSA, Program Committee Co-Chair and Moderator, New Orleans, LA (October 19-20, 2007).

American Conference Institute's 5th National Forum on Wage & Hour Litigation, Panelist, "Dispositive Motions: Attacking Wage and Hour Claims or Defenses," San Francisco, CA (October 3, 2007).

Employee Rights and Employment Policy Journal (Chicago-Kent College of Law), "Advanced Issues in FLSA Collective Actions: Joint Employment," Vol. 10, No. 2 (2006).

National Employment Lawyers Association Annual Convention, Moderator/Panelist, "The New Era of Enforcing Workers' Rights Under the FLSA," San Juan, Puerto Rico (June 28, 2007).

California Employment Lawyers Association, Advanced Seminar on Getting To and Through a Class Action Trial, Panelist, "Class Action Trial Plans," El Segundo, CA (May 11, 2007).

American Conference Institute's 4th National Forum on Wage & Hour Claims and Class Actions, Panelist, "Achieving or Defeating Class Certification in Wage & Hour Cases," New York, New York (April 26, 2007).

University of California, Boalt Law School (Berkeley), Guest Lecturer, "Examining a Class Action on Behalf of Temporary Workers," Representing Low Wage Workers Seminar, Law 283 (January 30, 2007.)

Colorado Bar Association, National CLE Conference, Aspen, Colorado (January 7, 2007), "Major Areas of Liability in Wage & Hour Law."

Practicing Law Institute (PLI), 35th Annual Institute on Employment Law, San Francisco, California and Live Webcast, October 31, 2006, Panelist: "Compensation and State Law Wage Claims."

The Labor and Employment Law Section of the State Bar of California, Annual Meeting, General Session re "Top Ten Wage and Hour Developments," San Jose, California, October 27, 2006.

American Conference Institute, National Forum on Wage & Hour Claims and Class Actions, Panelist: "Wage and Hour Class Certification: Strategies and Winning Arguments," San Francisco, California, October 26, 2006.

California Labor & Employment Law Review, State Bar of California and Employment Law Section, Volume 20, No. 2 (Spring 2006), "Book Review: Getting Even: Why Women Don't Get Paid Like Men – And What To Do About It."

Colorado Bar Association, National CLE Conference: Labor & Employment Law, Aspen, Colorado, January 4, 2006, "Major Areas of Liability in Wage and Hour Law."

American Bar Association, Section of Labor and Employment Law and ABA Center for CLE Teleconference and Live Audio Webcast, "The Supreme Court Speaks: Compensable Time as a Result of IBP, Inc. v. Alvarez" (December 14, 2005).

National Employment Lawyers Association (NELA), Impact Litigation Seminar (Program Committee), Cambridge, MA (October 14-15, 2005); Panelist: "Advanced Issues in Collective Actions."

American Bar Association, Section of Labor and Employment Law, Mid-Winter Meeting of the Equal Employment Opportunity Committee, April 7, 2005 (Naples, Florida): "The FLSA Trajectory: Challenges on the Horizon," Panelist regarding FLSA representative actions.

American Bar Association, Labor and Employment Law Teleconference, "The Wave Continues … 1500 New FLSA Class Actions Filed in 2004...More Expected in 2005," (March 2, 2005), Panelist on national MCLE teleconference program.

American Bar Association, Federal Labor Standards Legislation Mid-Winter Meeting, Cancun, Mexico, February 17, 2005, FLSA Panel: Discussion of Current Issues.

Law Education Institute, National CLE Conference (Colorado State Bar Association), Aspen, Colorado (January 5, 2005), "How Long Can You Go? Current Issues in Wage and Hour Law."

American Bar Association, Section of Labor and Employment Law, and Bar Association of San Francisco, "Fair Labor Standards Act/Family Medical Leave Act Basic Law and Procedures," Program Chair and Moderator (December 9, 2004).

American Bar Association Annual Convention, Atlanta, GA, August 10, 2004, Moderator, "Wage and Hour Update: The New FLSA Regulations and Litigation Issues."

American Bar Association Annual Convention, Atlanta, GA, August 9, 2004, Panelist "In-House v. Outside Counsel – What We Want From Each Other."

National Employment Lawyers Association (NELA), Annual Convention Speaker, "Advanced FLSA Collective Actions Panel," San Antonio, TX (June 24, 2004).

Minnesota State Bar Association, Labor and Employment Section, Annual Upper Midwest Employment Law Institute, St. Paul, MN (May 26, 2004), Plenary Speaker, "The New FLSA Wage and Hour Regulations."

Placer County Bar Association, Continuing Education Conference, Lake Tahoe, California (April 24, 2004), "Wage/Hour Litigation."

American Bar Association, Section of Labor and Employment Law, Mid-Winter Meeting of the Federal Labor Standards Legislation Committee, February 19-20, 2004 (St. Thomas, USVI): Annual Report on FLSA Developments.

Law Education Institute, National CLE Conference, Aspen, Colorado (January 6, 2004), "Class Certification and Decertification: Advocacy, Strategy, and Tactics."

Employee Rights and Employment Policy Journal (Chicago-Kent College of Law), "Litigation of Wage and Hour Collective Action Under the Fair Labor Standards Act," with Laura L. Ho, Vol. 7, No. 1 (2003).

National Employment Law Project, et al. Representing Workers and Low-Income Plaintiffs: Tax Consequences in Administration of Settlements and Resolving I.R.S. Controversies, Oakland, CA, October 24, 2003.

State Bar of California, Labor and Employment Law Section Annual Meeting, San Diego, CA, October 10, 2003, "Wage and Hour Law – Reloaded."

California State Bar Law and Employment Law Section, California Labor & Employment Law Review, Vol. 17, No. 5 (September 2003), "Can We Talk?" (regarding communications in state class actions).

National Employment Lawyers Association (NELA), Program Committee and Panelist, "Protecting Employee Rights Under the FLSA, FMLA and Equal Pay Act," San Francisco, CA (March 7-8, 2003).

American Bar Association, Section of Labor and Employment Law, Mid-Winter Meeting of the Federal Labor Standards Legislation Committee, February 19-21, 2003 (Puerto Vallarta, Mexico): Annual Report on FLSA Developments.

Contra Costa County Bar Association, MCLE Spectacular, Panelist, New Developments in Wage & Hour Law and Use of California's Unfair Competition Law, Walnut Creek, CA (November 22, 2002).

State Bar of California, Labor and Employment Section, Annual Meeting, Wage & Hour Update: Where Are We Two Years After AB60? (San Jose, CA), November 15, 2002.

Practicing Law Institute, Annual Institutes on Employment Law (New York, NY and/or San Francisco, CA) November 1, 2005; November 2, 2004; November 4, 2003; October 2002; October 2001; October 2000; October 1999; October 1998: Major Developments in Employment Law: Plaintiffs' Perspective; Wage/Hour Developments.

BNA Wage Hour & Leave Report, "Production Dichotomy Test for FLSA's Administrative Exemption Still Useful," Vol. 1, No. 18, September 13, 2002, pp. 465-466.

American Bar Association Annual Convention, Washington, D.C., August 12, 2002, Moderator, "Litigation of FLSA Collective Actions: Strategies for Plaintiffs' and Defendant's Counsel."

California State Bar Labor and Employment Section, California Labor and Employment Law Quarterly, Vol. 16, No. 3 (May 2002), "Yarbrough v. Labor Ready: Class Action to Enforce California Wage Laws."

Pacific Coast Labor & Employment Law Conference (Seattle, WA), May 2, 2002, Wage & Hour Litigation – The New Wave of Class Actions: Substantive Developments and Litigation Strategies.

BNA Wage Hour & Leave Report, "Questions Arise Over Rules for Collective Actions Under FLSA," Vol. 1, No. 3, February 1, 2002, pp. 77-79.

ABA Section of Labor and Employment Law Mid-Winter Meeting of the Federal Labor Standards Legislation Committee, February 2002 (Miami Beach, FL): Annual Report on FLSA Developments.

Associate Editor, The Fair Labor Standards Act, 2001 and 2002 Cumulative Supplements, Bureau of National Affairs, Inc.

California Employment Law Council, Guest Speaker, Annual Meeting, November 8, 2001, "A Plaintiff's Perspective on Wage/Hour Issues."

American Bar Association Annual Convention, Chicago, August 5, 2001, "The Basics: Fair Labor Standards Act."

National Employment Lawyers Association Annual Convention, Seattle, June 28, 2001, "Selected Issues Under the FLSA and Equal Pay Act".

American Bar Association, Section of Labor and Employment Law and Golden Gate University School of Law, Institute on the Fair Labor Standards Act and the Family Medical Leave Act, Moderator, San Francisco, California (June 6, 2001).

Organization Resources Counselor, Inc., Employment Law and Litigation Group, Guest Speaker, Employment Law From Plaintiffs' Perspective, New York, New York (May 31, 2001).

The Recorder Roundtable: Employment Law Developments, May 8, 2001 (San Francisco).

ABA Section of Labor and Employment Law Mid-Winter Meeting of the EEO Committee, February 2001 (Sanibel Harbor, FL): An Introduction to Litigating FLSA Collective Actions for the EEO Lawyer.

ABA Section of Labor and Employment Law Mid-Winter Meeting of the Federal Labor Standards Legislation Committee, February 2001 (La Romana, Dominican Republic): Annual Report on FLSA Developments.

California State Bar Labor and Employment Section, <u>California Labor & Employment Law Quarterly</u> (Winter 2000), "Overtime Pay – Who's Eligible, Who's Not?" (with Aaron Kaufmann).

National Employment Law Institute July 2000 (San Francisco): Recent Developments in Equal Employment Law from the Perspective of Plaintiffs' Attorneys.

ABA Labor and Employment Law Section Annual Meeting July 8-11, 2000 New York: Federal Labor Standards Legislation Committee Program. Unique aspects of litigation and settling opt-in class actions under the Fair Labor Standards Act, The Age Discrimination in Employment Law Act and the Equal Pay Act.

Lawcast: Employment and Labor, Vol. VI, No. 7 (April 24, 2000), audiocassette re wage/hour developments.

National Public Radio (KALW) April 12, 2000: "Know Your Legal Rights," on wage and hour issues.

ABA Section of Labor and Employment Law
   Mid-Winter Meeting of the Federal Labor Standards Legislation Committee February 2000 (Key West, FL): Panel Discussion: Unique Aspects of Litigating and Settling FLSA Cases.

Organization Resources Counselors, Inc. Workforce Opportunity Network
   February 2000 (Los Angeles, CA): What's Hot in 2000: A Plaintiffs' Attorney's View of Discrimination.

National Lawyers Guild, Annual Convention
   October 1999 (San Francisco): The Future of Employment Law Practice (Workshop Moderator).

ABA Labor and Employment Law Section
   August 1999 Annual Meeting (Atlanta, GA): Class Actions in Employment Law.

National Employment Lawyers Association, Annual Convention, June 1999 (New Orleans): Collective and Class Action Strategies in Overtime Litigation.

National Employment Lawyers Association, Annual Convention 1997 (Toronto): Maximizing Recoveries Under the Damages Caps of the Civil Rights Act of 1991; Attorneys Fees: The Basics.

Los Angeles County Bar Association Labor and Employment Law Section Symposium 1998 (Los Angeles): Affirmative Reactions: The Future of Race-Conscious Remedies for Employment Discrimination.

State Bar of California Labor and Employment Law Section (San Francisco 1997): Legal Ethics for Employment Lawyers.

National Lawyers Guild (San Francisco 1992): How to Use Experts to Prove Damages – Employment, Tort and Discrimination Cases.

ABA Labor and Employment Law Section
1992 Mock Trial Program (San Francisco, CA and Washington, D.C.): Presenting and Defending an Americans with Disabilities Act Lawsuit.

## **PROFESSIONAL ASSOCIATIONS**

College of Labor and Employment Lawyers, Fellow (2004- )

Labor and Employment Section, Co-chair, Committee on Federal Labor Standards Legislation – American Bar Association (ABA) (2003 – 2007); Co-chair, Fair Labor Standards Act Sub-Committee (2000 – 2004); National Programs Subcommittee, Co-chair (2007-2008).

Labor and Employment Section – State Bar of California.

National Employment Law Project's (NELP), National Wage and Hour Clearinghouse Advisory Board (2008 - ).

National Employment Lawyers Association (NELA) – Wage and Hour Committee Co-Chair.

Bureau of National Affairs (BNA), Wage Hour & Leave Report Advisory Board (2001-2003).

National Lawyers Guild (NLG), 1978-2008; selected to receive San Francisco Chapter's "Champion of Justice" award (April 5, 2008).

## **PRESS**

Featured as one of the San Francisco Bay Area's "top attorneys" in employment law, in The Recorder Special Report (March 15, 2004).

Listed in Oakland magazine March-April 2006 and March 2007 articles on "The Best Lawyers in the East Bay."

Listed in The Best Lawyers in America (Wood/Whyte), 2006, 2007.

Selected as "SuperLawyer" in the Northern California Super Lawyers Magazine (2006, 2007).