Kenneth D. Sulzer (SBN 120253) ksulzer@seyfarth.com
Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
Lorraine H. O'Hara (SBN 170153) lohara@seyfarth.com
Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East #3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendants
UNUM GROUP and UNUM LIFE INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH SEAMAN, individually and on behalf of those similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendants. | Case No. CV 07-03260 MMC<br><br>**DOCUMENT SUBMITTED UNDER SEAL  (TO SEAL PORTIONS OF CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE)**<br><br>**(Lodged concurrently with Defendants' Administrative Motion to File Under Seal Portions of The Parties' Confidential Settlement Agreement)**<br><br>[Local Rules 7-11, 7-95]<br>Date:  None<br>Time: None<br>Judge:  The Honorable Maxine Chesney |

**MANUAL FILING NOTIFICATION**

Regarding:  Document Submitted Under Seal (To Seal Portions of Confidential Settlement

Agreement and General Release)

        This filing is in paper or physical form only, and is being maintained in the case file in

the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy

LA1 6687558.1 / 24335-000023

1   shortly.  For information on retrieving this filing directly from the court, please see the court's

2   main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

3       This filing was not efiled for the following reason(s):

4   [_] Voluminous Document (PDF file size larger than the efiling system allows)

5   [_] Unable to Scan Documents

6   [_] Physical Object (description): _____

7   _____

8   [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

9   [X] Item Under Seal

10  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

11  [_] Other (description): _____

12  _____

13

14  DATED:  April 11, 2008                    Respectfully Submitted,

15                                            By   /s/ Michael L. Gallion
                                                   Michael L. Gallion
                                                   Seyfarth Shaw LLP
16                                            Attorneys For Defendants UNUM GROUP and
                                              UNUM LIFE INSURANCE COMPANY OF
17                                            AMERICA

18

19

20

21

22

23

24

25

26

27

28

-2-
DOCUMENT SUBMITTED UNDER SEAL
CV 07-03260 MMC

LA1 6687558.1 / 24335-000023