1  Kenneth D. Sulzer (SBN 120253) ksulzer@seyfarth.com
   Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
2  Lorraine H. O'Hara (SBN 170153) lohara@seyfarth.com
   Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
3  SEYFARTH SHAW LLP
   2029 Century Park East #3300
4  Los Angeles, CA 90067-3063
   Telephone: (310) 277-7200
5  Facsimile: (310) 201-5219

6  Attorneys for Defendants
   UNUM GROUP and UNUM LIFE INSURANCE
7  COMPANY OF AMERICA

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 KENNETH SEAMAN, individually and on    ) Case No. CV 07-03260 MMC
   behalf of those similarly situated,    )
13                                         ) **[PROPOSED] ORDER GRANTING
              Plaintiffs,                  ) DEFENDANTS' ADMINISTRATIVE
14                                         ) MOTION TO FILE UNDER SEAL
        v.                                 ) PORTIONS OF THE PARTIES'
15                                         ) CONFIDENTIAL SETTLEMENT
   UNUM GROUP and UNUM LIFE                ) AGREEMENT**
16 INSURANCE COMPANY OF AMERICA,           )
                                           ) [Local Rules 7-11, 7-95]
17            Defendants.                  ) Date: None
                                           ) Time: None
18                                         ) Judge: The Honorable Maxine Chesney
                                           )
19 _____

20

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO
FILE UNDER SEAL PORTIONS OF THE PARTIES' CONFIDENTIAL SETTLEMENT
AGREEMENT — CV 07-03260 MMC

LA1 6689820.1 / 24335-000023

1  The Court has considered Defendants Unum Group and Unum Life Insurance Company of America's Administrative Motion to File Under Seal Portions of the Parties' Confidential Settlement Agreement ("Motion") and supporting declaration, filed under Civil Local Rule 7-11 and 79-5.

Good cause appearing therefore, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. The monetary amounts of the Parties' Confidential Settlement Agreement and Release shall be filed and maintained under seal pursuant to Civil Local Rule 79-5. It is further ORDERED that only the Court, the parties to this case, and their respective attorneys are authorized to inspect the sealed portions of the Confidential Settlement Agreement and Release.

IT IS SO ORDERED.

Dated: _____                  _____
                                                Honorable Maxine Chesney
                                                United States District Court Judge

-2-
[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT -- CV 07-03260 MMC

LA1 6689820.1 / 24335-000023