1   David Borgen (SBN 99354) dborgen@gdblegal.com
    GOLDSTEIN, DEMCHAK, BALLER,
2   BORGEN & DARDARIAN
    300 Lakeside Drive, Suite 1000
3   Oakland, CA 94612
    Telephone: (510) 763-9800
4   Facsimile: (510) 835-1417

5   Burton Boltuch (SBN 70211) bboltuch@workplacelaw.biz
    LAW OFFICES OF BURTON F. BOLTUCH
6   The 555 City Center Building
    555 12th Street, Suite 1440
7   Oakland, CA 94607-4046
    Telephone: (510) 844-3415
8   Facsimile: (510) 444-3401

9   Attorneys for Plaintiff
    KENNETH SEAMAN

10

11

12               UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA
13
              SAN FRANCISCO DIVISION
14

| | | |
|---|---|---|
| 15   KENNETH SEAMAN, individually and on behalf of those similarly situated, | ) | Case No. CV 07-03260 MMC |
| 16               Plaintiffs, | ) ) ) | **DECLARATION OF DAVID BORGEN IN SUPPORT OF SUPPLEMENTAL BRIEFING** |
| 17         v. | ) ) | Date: April 25, 2008 |
| 18   UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) | Time: 9:00 a.m. |
| 19               Defendants. | ) ) | |
| 20 | ) | |
| 21 | ) | |

22         I, David Borgen, declare:

23         1.       I am a partner at Goldstein, Demchak, Baller, Borgen & Dardarian ("GDBBD"),

24   attorneys for Plaintiff Kenneth Seaman ("Plaintiff") in the above-captioned action and have

25   served as co-counsel with Burton Boltuch of the Law Offices of Burton F. Boltuch. I make these

26   statements based on personal knowledge and would so testify if called as a witness at trial. This

27

28

Declaration is submitted in support of the parties' Supplemental Briefing on their Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit.

2.      Plaintiff claims that he was misclassified as exempt and that he is owed overtime, interest, meal period and penalties for the period of June 21, 2003 through May 31, 2007.  He alleges that he worked approximately 60 hours per week and missed approximately seven meal periods per week.

3.      I evaluated Plaintiff's alleged damages as follows:  approximately $150,000 in lost overtime under the Fair Labor Standards Act and California state law; approximately $150,000 in lost vacation pay under California state law; approximately $40,000 in meal period violations and penalties under California state law; and approximately $200,000 in recoverable fees and costs.

4.      During settlement negotiations, I advised the attorneys for Defendants that, if Plaintiff were to succeed on all of these allegations, the value of his claims would be approximately $500,000.

5.      In order to facilitate settlement, Plaintiff's counsel have agreed to compromise regarding their entitlement to attorney's fees and to accept less than their aggregate lodestar billing.

I declare, under penalty of perjury, under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this ___ day of April, 2008 at Oakland, California.

/s/ David Borgen

David Borgen (SBN 99354)

-2-

DECLARATION OF DAVID BORGEN IN SUPPORT OF SUPPLEMENTAL BRIEFING – CV 07-03260 MMC

LA1 6688926.1 / 24335-000023