1  Kenneth D. Sulzer (SBN 120253) ksulzer@seyfarth.com
   Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
2  Lorraine H. O'Hara (SBN 170153) lohara@seyfarth.com
   Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
3  SEYFARTH SHAW LLP
   2029 Century Park East #3300
4  Los Angeles, CA 90067-3063
   Telephone: (310) 277-7200
5  Facsimile:  (310) 201-5219

6  Attorneys for Defendants
   UNUM GROUP and UNUM LIFE INSURANCE
7  COMPANY OF AMERICA

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 KENNETH SEAMAN, individually and on    )  Case No. CV 07-03260 MMC
   behalf of those similarly situated,    )
13                                        )  **NOTICE OF ERRATA REGARDING**
                 Plaintiffs,              )  **SIGNATURE ATTESTATION**
14                                        )
            v.                            )  Date:   April 25, 2008
15                                        )  Time:   9:00 a.m.
   UNUM GROUP and UNUM LIFE               )  Crtrm:  7
16 INSURANCE COMPANY OF AMERICA,          )  Judge:  The Honorable Maxine Chesney
                                          )
17               Defendants.              )
                                          )
18                                        )
                                          )
19 _____)

20

21

22

23

24

25      / /

26      / /

27      / /

28      / /

NOTICE OF ERRATA REGARDING SIGNATURE ATTESTATION– CV 07-03260 MMC
LA1 6690481.1 / 24335-000023

1  On Friday, April 11, 2008, the Parties filed their Supplemental Briefing in Support of Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit as well as a Declaration of David Borgen.  Conformed signatures were provided on both the joint Supplemental Briefing and the Declaration of David Borgen; however, the attestation required under General Order 45, section X.B., was not included.  Therefore, counsel for Defendants Unum Group and Unum Life Insurance Company of America hereby files this Notice of Errata to provide the required attestation:

**ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the following e-filed documents filed on April 11, 2008: Supplemental Briefing in Support of Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit and Declaration of David Borgen.

I declare, under penalty of perjury, under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 14th day of April, 2008 at Los Angeles, California.

                                           /s Michael Gallion  
                                            Michael Gallion