IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH SEAMAN,

      Plaintiff,

v.

UNUM GROUP and UNUM LIFE INSURANCE COMPANY OF AMERICA,

      Defendants

No. C-07-3260 MMC

**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF SETTLEMENT AGREEMENT**

Before the Court is defendants' "Administrative Motion to File Under Seal Portions of the Parties' Confidential Settlement Agreement," filed April 11, 2008.

Having read and considered the papers submitted in support of the motion,[1] the Court finds, for the reasons stated by defendants, that good cause exists to file portions of the Settlement Agreement under seal.

Accordingly, the motion is hereby GRANTED.

The Clerk is directed to file under seal the unredacted version of the Settlement Agreement, and to file in the public record the redacted version thereof.

**IT IS SO ORDERED.**

Dated: April 16, 2008

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] Defendants have previously represented that plaintiff has taken no position with respect to defendants' motion to file portions of the settlement agreement under seal.