1  Kenneth D. Sulzer (SBN 120253) ksulzer@seyfarth.com
   Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
2  Lorraine H. O'Hara (SBN 170153) lohara@seyfarth.com
   Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
3  SEYFARTH SHAW LLP
   2029 Century Park East #3300
4  Los Angeles, CA 90067-3063
   Telephone: (310) 277-7200
5  Facsimile:  (310) 201-5219

6  Attorneys for Defendants
   UNUM GROUP and UNUM LIFE INSURANCE
7  COMPANY OF AMERICA

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 | KENNETH SEAMAN, individually and on | ) | Case No. CV 07-03260 MMC |
   | behalf of those similarly situated, | ) | |
13 | | ) | **[PROPOSED]** ORDER GRANTING |
   | Plaintiffs, | ) | JOINT MOTION FOR APPROVAL OF |
   | | ) | SETTLEMENT AGREEMENT AND |
14 | v. | ) | DISMISSAL OF LAWSUIT |
   | | ) | |
15 | UNUM GROUP and UNUM LIFE | ) | [Local Rules 7-11, 7-95] |
   | INSURANCE COMPANY OF AMERICA, | ) | ~~Date: April 11, 2008~~ |
16 | | ) | ~~Time: 9:00 a.m.~~ |
   | Defendants. | ) | Judge:  The Honorable Maxine Chesney |
17 | | ) | |
   | | ) | |
18 | | ) | |

19
20
21
22
23
24
25
26
27
28

---

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF
SETTLEMENT AGREEMENT AND DISMISSAL OF LAWSUIT – CV 07-03260 MMC

1    THIS CAUSE having come before the court on the "Joint Motion for Approval of

2    Settlement and Dismissal of Lawsuit" ("Joint Motion"), ~~heard on April 11, 2008~~, and pursuant to

3    the Settlement Agreement reached between the parties, and upon the full record, it is ORDERED

4    AND ADJUDGED as follows:

5        1.    Plaintiff filed this action seeking damages for alleged violations of the Fair Labor

6    Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. ("FLSA"), individually and on

7    behalf of those similarly situated, and California Labor Code claims, on or about June 21, 2007.

8        2.    The action has remained a single plaintiff action as no motion for collective action

9    certification has been made or considered by the Court and since the Complaint was filed, no

10   additional individuals have filed consents to join the lawsuit.  After extensive investigation and

11   discovery, the parties agree this case is not suitable for conditional certification.

12       3.    The parties' Joint Motion is GRANTED.  Pursuant to the settlement reached by

13   the parties, Plaintiff is receiving fair, adequate, and reasonable recovery as to his claims in this

14   action.  The Court approves the settlement reached by the parties as fair, adequate and

15   reasonable.

16       4.    The Court further orders this case is DISMISSED with prejudice.  The Court shall

17   retain jurisdiction for a period of one hundred twenty (120) calendar days to enforce, if

18   necessary, the terms of the Settlement Agreement entered into between the parties.  ~~The Clerk of~~

19   ~~the Court shall enter this case CLOSED at the expiration of said time period, or earlier if jointly~~

20   ~~notified in writing by the counsel for the parties.~~

21       5.    The hearing scheduled for April 25, 2008 is hereby VACATED.

22       DONE AND ORDERED THIS ___17th___ day of ~~March~~, 2008.
                                                April

23

24

25   Dated: __April 17, 2008__

26                                    _____
                                     Honorable Maxine Chesney
27                                   United States District Court Judge

28

-2-