1  Kenneth D. Sulzer (SBN 120253) ksulzer@seyfarth.com
   Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
2  Lorraine H. O'Hara (SBN 170153) lohara@seyfarth.com
   Eileen C. Zorc (SBN 233797) ezorc@seyfarth.com
3  SEYFARTH SHAW LLP
   2029 Century Park East #3300
4  Los Angeles, CA 90067-3063
   Telephone: (310) 277-7200
5  Facsimile:  (310) 201-5219

6  Attorneys for Defendants
   UNUM GROUP and UNUM LIFE INSURANCE
7  COMPANY OF AMERICA

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  | KENNETH SEAMAN, individually and on behalf of those similarly situated, | ) ) ) | Case No. CV 07-03260 MMC |
    |---|---|---|
    | | ) | **PROOF OF SERVICE OF DOCUMENT** |

13             Plaintiffs,

14      v.

15  UNUM GROUP and UNUM LIFE
    INSURANCE COMPANY OF AMERICA,

16
               Defendants.
17

18

19  _____

KENNETH SEAMAN, individually and on
behalf of those similarly situated,

          Plaintiffs,

     v.

UNUM GROUP and UNUM LIFE
INSURANCE COMPANY OF AMERICA,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 07-03260 MMC

**PROOF OF SERVICE OF DOCUMENT
SUBMITTED UNDER SEAL  (TO SEAL
PORTIONS OF CONFIDENTIAL
SETTLEMENT AGREEMENT AND
GENERAL RELEASE)**

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE – CV 07-03260 MMC

PROOF OF SERVICE

STATE OF CALIFORNIA            )
                              )   ss
COUNTY OF LOS ANGELES         )


        I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063.  On the date set forth below, I served the within document(s):

**Document Submitted Under Seal  (To Seal Portions Of Confidential Settlement Agreement And General Release)**

        by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Burton Boltuch                          David A. Borgen
Law Offices of Burton F. Boltuch        Jinny Kim
The 555 City Center Bldg.               Goldstein, Demchak, Baller, Borgen &
555 12th St., Suite 1440                Dardarian
Oakland CA  94607                       300 Lakeside Drive, Suite 1000
Tel:  510.844.3415                      Oakland CA  94612
Fax: 510.444.3401                       Tel: 510.763.9800
                                        Fax: 510.835.1417

        I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

        I declare that I am employed in the office of a member of the bar of this court whose direction the service was made; executed on April 11, 2008, at Los Angeles, California.


                                    /s/ M.C. Schnoebelen
                                    M.C. Schnoebelen

LA1 6691102.1 / 24335-000023